

# Fourth Court of Appeals
## San Antonio, Texas

June 12, 2018

No. 04-18-00198-CR

Boyce C. **ATKINSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court, Gillespie County, Texas
Trial Court No. CC 17615
Honorable Mark Stroeher, Judge Presiding

# O R D E R

The reporter's record was due May 29, 2018. The court reporter has filed a notification of late record stating that the record has not been filed because appellant Boyce C. Atkinson has not paid or made arrangements to pay the reporter's fee to prepare the record and appellant is not entitled to the record without paying the fee. See Tex. R. App. P. 34.6(b), 35.3(b).

We order appellant to provide written proof to this court on or before June 22, 2018 that either (1) the reporter's fee has been paid or arrangements satisfactory to the reporter have been made to pay the reporter's fee or (2) appellant is entitled to the record without prepayment of the reporter's fee. See Tex. R. App. P. 35.3(b). If appellant fails to respond within the time provided, appellant's brief will be due thirty days after the clerk's record is filed and the court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. See Tex. R. App. P. 37.3(c).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of June, 2018.



Keith E. Hottle
Clerk of Court